Isaac N. Chellew and William N. Young, appellants, v. Charles M. Armstrong, appellee. Gen. No. 29,610.

Suit to recover balance alleged to be due for real estate brokers' commissions on sale of defendant's property. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 9, 1925.

Charles H. Miller and Lyman M. Paine, for appellants. Frank Hall Stephens, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Molnar Janos, appellee, v. Security Trust & Deposit Company, appellant. Gen. No. 29,621.

Suit to recover money alleged to have been deposited in safety deposit box rented from the defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 9, 1925. Rehearing denied March 23, 1925.

W. B. Wilson, for appellant; Alvin E. Stein, of counsel. Walter Boerger, for appellee; William Scott Stewart, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Harry R. Curran and Mandel Lowenstine, appellants, v. William Thanos, appellee. Gen. No. 29,645.

Suit against guarantor of rent of leased premises to recover month's rent. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed March 9, 1925.

Theodore Rubovits, for appellants. Ralph F. Stern, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Joseph Sipka, appellee, v. Sam Berman, appellant. Gen. No. 29,654.

Action of forcible entry and detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 9, 1925.

Isidore Brown, for appellant. Stough, Harrington, Carolan & Loy, for appellee; Charles E. Loy, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.